## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: ALAJOBI REHABILITATIVE SERVICES          §   Case No. 06-07284
                                                §
                                                §
                                                §
Debtor(s)_____§_____

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

DAVID P. LEIBOWITZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00                    Assets Exempt: $0.00

Total Distribution to Claimants: $0.00     Claims Discharged
                                           Without Payment: $38,324.59

Total Expenses of Administration: $2,002.11

3) Total gross receipts of $ 2,002.11 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $2,002.11 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,884.61 | 4,884.61 | 2,002.11 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 38,383.03 | 19,113.12 | 19,113.12 | 0.00 |
| **TOTAL DISBURSEMENTS** | $38,383.03 | $23,997.73 | $23,997.73 | $2,002.11 |

4) This case was originally filed under Chapter 7 on June 21, 2006.
. The case was pending for 46 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/13/2010          By: /s/DAVID P. LEIBOWITZ
                                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 08-00335 Leibowitz v. American Express Co | 1241-000 | 2,000.00 |
| Interest Income | 1270-000 | 2.11 |
| **TOTAL GROSS RECEIPTS** | | $2,002.11 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ | 2100-000 | N/A | 500.49 | 500.49 | 205.13 |
| DAVID P. LEIBOWITZ | 2200-000 | N/A | 3,134.12 | 3,134.12 | 1,284.52 |
| Clerk Of Court/ United States Bankruptcy Court | 2700-000 | N/A | 1,250.00 | 1,250.00 | 512.46 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 4,884.61 | 4,884.61 | 2,002.11 |

**EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 —PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Arch Wireless | 7100-000 | 160.10 | 41.52 | 41.52 | 0.00 |
| Kalcheim, Haber, Kuzniar LLP | 7100-000 | 16,029.01 | 16,054.01 | 16,054.01 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Sprint-Nextel Corporation | 7100-000 | 2,982.45 | 3,017.59 | 3,017.59 | 0.00 |
| Rosa Marcias | 7100-000 | unknown | N/A | N/A | 0.00 |
| ComEd Bill Payment Center | 7100-000 | 220.34 | N/A | N/A | 0.00 |
| ComEd Bill Payment Center | 7100-000 | 587.20 | N/A | N/A | 0.00 |
| ComEd Bill Payment Center | 7100-000 | 203.37 | N/A | N/A | 0.00 |
| G.E. Capital | 7100-000 | 762.00 | N/A | N/A | 0.00 |
| Nicor | 7100-000 | 16.99 | N/A | N/A | 0.00 |
| Hinkley Springs | 7100-000 | 76.58 | N/A | N/A | 0.00 |
| Peoples Energy | 7100-000 | 681.63 | N/A | N/A | 0.00 |
| ComEd Bill Payment Center | 7100-000 | 56.51 | N/A | N/A | 0.00 |
| Peoples Energy | 7100-000 | 427.64 | N/A | N/A | 0.00 |
| Nicor | 7100-000 | 298.45 | N/A | N/A | 0.00 |
| AT&T Bill Payment Centr | 7100-000 | 84.19 | N/A | N/A | 0.00 |
| Aegis Olympia Fields | 7100-000 | 11,866.04 | N/A | N/A | 0.00 |
| AT&T Bill Payment Center | 7100-000 | 215.48 | N/A | N/A | 0.00 |
| AT&T Bill Payment Center | 7100-000 | 1,675.93 | N/A | N/A | 0.00 |
| AT&T Bill Payment Center | 7100-000 | 1,029.65 | N/A | N/A | 0.00 |
| AT&T Bill Payment Center | 7100-000 | 561.22 | N/A | N/A | 0.00 |
| AT&T Bill Payment Center | 7100-000 | 448.25 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 38,383.03 | 19,113.12 | 19,113.12 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-07284

**Case Name:** ALAJOBI REHABILITATIVE SERVICES

**Period Ending:** 05/13/10

**Trustee:** (330570)    DAVID P. LEIBOWITZ

**Filed (f) or Converted (c):** 06/21/06 (f)

**§341(a) Meeting Date:** 07/18/06

**Claims Bar Date:** 09/26/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1    Possible Avoidance Action | Unknown | Unknown | DA | 0.00 | FA |
| 2    08-00335 Leibowitz v. American Express Co | 0.00 | Unknown | DA | 2,000.00 | FA |
| 3    08-00337 Leibowitz v. Rothstein | 0.00 | 0.00 | DA | 0.00 | FA |
| 4    Leibowitz v. Brooks, Faucett & Robertson LLP | 0.00 | Unknown | DA | 0.00 | FA |
| 5    08-00481 Leibowitz v. Akiwowo | 0.00 | Unknown | DA | 0.00 | FA |
| 6    08-00482 Leibowitz v. Akiwowo | 0.00 | Unknown | DA | 0.00 | FA |
| 7    X TOTAL not already listed. Itemize. | 0.00 | 0.00 | DA | 0.00 | FA |
| Int    INTEREST  (u) | Unknown | N/A | | 2.11 | FA |
| **8    Assets        Totals** (Excluding unknown values) | **$0.00** | **$0.00** | | **$2,002.11** | **$0.00** |

**Major Activities Affecting Case Closing:**

TFR to be prepared

TFR sent to Tom 10/19/09 MIG

Hearing on TFR 01/28/09

TFR appproved

**Initial Projected Date Of Final Report (TFR):**    December 30, 2009

**Current Projected Date Of Final Report (TFR):**    December 18, 2009  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 06-07284

**Case Name:** ALAJOBI REHABILITATIVE SERVICES

**Taxpayer ID #:** \*\*-\*\*\*1760

**Period Ending:** 05/13/10

**Trustee:** DAVID P. LEIBOWITZ (330570)

**Bank Name:** JPMORGAN CHASE BANK, N.A.

**Account:** \*\*\*-\*\*\*\*\*84-65 - Money Market Account

**Blanket Bond:** $5,000,000.00  (per case limit)

**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 07/15/08 | {2} | American Express | Settlement of Adv No. 08-335 | 1241-000 | 2,000.00 | | 2,000.00 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 0.11 | | 2,000.11 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 0.23 | | 2,000.34 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 0.26 | | 2,000.60 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1200% | 1270-000 | 0.21 | | 2,000.81 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1000% | 1270-000 | 0.15 | | 2,000.96 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.14 | | 2,001.10 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.08 | | 2,001.18 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.07 | | 2,001.25 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.08 | | 2,001.33 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.08 | | 2,001.41 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.07 | | 2,001.48 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.08 | | 2,001.56 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.08 | | 2,001.64 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.08 | | 2,001.72 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.08 | | 2,001.80 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.08 | | 2,001.88 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.08 | | 2,001.96 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.08 | | 2,002.04 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.07 | | 2,002.11 |
| 02/01/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.00 | | 2,002.11 |
| 02/01/10 | | To Account #\*\*\*\*\*\*\*\*8466 | In preparation of distribution | 9999-000 | | 2,002.11 | 0.00 |

|  |  | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **2,002.11** | **2,002.11** | **$0.00** |
| Less: Bank Transfers | 0.00 | 2,002.11 | |
| **Subtotal** | **2,002.11** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$2,002.11** | **$0.00** | |

{} Asset reference(s)

Printed: 05/13/2010 09:39 AM    V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 06-07284
**Case Name:** ALAJOBI REHABILITATIVE SERVICES

**Taxpayer ID #:** **-***1760
**Period Ending:** 05/13/10

**Trustee:** DAVID P. LEIBOWITZ (330570)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****84-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/01/10 | | From Account #********8465 | In preparation of distribution | 9999-000 | 2,002.11 | | 2,002.11 |
| 02/01/10 | 101 | DAVID P. LEIBOWITZ | Dividend paid 40.98% on $500.49, Trustee Compensation; Reference: | 2100-000 | | 205.13 | 1,796.98 |
| 02/01/10 | 102 | DAVID P. LEIBOWITZ | Dividend paid 40.98% on $3,134.12, Trustee Expenses; Reference: | 2200-000 | | 1,284.52 | 512.46 |
| 02/01/10 | 103 | Clerk Of Court/ United States Bankruptcy Court | Dividend paid 40.98% on $1,250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 512.46 | 0.00 |

|  | | | | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 2,002.11 | 2,002.11 | **$0.00** |
| Less: Bank Transfers | | 2,002.11 | 0.00 | |
| **Subtotal** | | **0.00** | **2,002.11** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$2,002.11** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 06-07284
**Case Name:** ALAJOBI REHABILITATIVE SERVICES

**Taxpayer ID #:** **-***1760
**Period Ending:** 05/13/10

**Trustee:** DAVID P. LEIBOWITZ (330570)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******84-66 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| Net Receipts : | 2,002.11 |
|---|---|
| Net Estate : | $2,002.11 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****84-65** | 2,002.11 | 0.00 | 0.00 |
| **Checking # ***-*****84-66** | 0.00 | 2,002.11 | 0.00 |
| **Checking # 9200-******84-66** | 0.00 | 0.00 | 0.00 |
| | $2,002.11 | $2,002.11 | $0.00 |
| Bank Transfers | $2,002.11 | $2,002.11 | |